[Nos. 41201-2-II; 42925-0-II.   Division Two.   September 4, 2013.]

DALE E. ANDERSON ET AL., *Respondents*, v. JAMES W. BROWN ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Clark County, No. 09-2-01661-9, John F. Nichols, J., entered August 20, 2010. *Reversed in part* and *remanded with instructions* by unpublished opinion per Penoyar, J., concurred in by Hunt and Bjorgen, JJ.

[No. 42416-9-II.   Division Two.   September 4, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY WAYNE CARR, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 11-1-00061-1, Jeanette Dalton, J., entered July 25, 2011. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and McCarthy, J. Pro Tem.

[No. 42575-1-II.   Division Two.   September 4, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JESS JAMES VARNELL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-00638-9, Katherine M. Stolz, J., entered September 9, 2011. *Reversed* and *remanded* by unpublished opinion per Hunt, J., concurred in by Penoyar and Bjorgen, JJ.

[No. 42675-7-II.   Division Two.   September 4, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. GINGER LEANNE CRANDALL, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 10-1-01257-2, Michael H. Evans, J., entered September 15, 2011. *Affirmed* by unpublished opinion per Lee, J. Pro Tem., concurred in by Worswick, C.J., and Johanson, J.